AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TAMARA THAYER,

           Plaintiff,

v.                                         Civil Action No.  1:20-cv-00284

LINCOLN FINANCIAL GROUP,

           Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment
interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of Defendant Lincoln Financial Group and against Plaintiff Tamara Thayer.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Motion for Summary Judgment by Defendant.

DATE:  December 1, 2021                       GARY T. BELL, CLERK OF COURT

                                                               By: s/ L. Higgins-Conrad
                                                                      *Signature of Deputy Clerk*